(67 App. Div. 137.)

MARSHALL v. HAYWARD et al., Com'rs of Highways.

(Supreme Court, Appellate Division, Second Department. December 23, 1901.)

SUBMISSION OF CONTROVERSY—REQUISITES OF AGREED CASE.
    Where the parties to a controversy submitted pursuant to Code Civ. Proc. § 1279 et seq., failed to stipulate that judgment could be directed therein, or what the nature of the judgment should be, in view of the contentions of the respective parties, the appellate division could not exercise jurisdiction.

Action by William J. Marshall against Edward T. Hayward and others. Controversy submitted on agreed facts. Dismissed.

Argued before GOODRICH, P. J., and BARTLETT, JENKS, HIRSCHBERG, and SEWELL, JJ.

Wm. A. Walsh and Gustav R. Hamburger, for plaintiff.
Frank M. Buck, for defendants.

PER CURIAM. This purports to be a controversy submitted pursuant to section 1279 et seq. of the Code of Civil Procedure. We are asked for our opinion upon three formulated questions, but we are not authorized to direct judgment upon the determination of them. Until the parties stipulate that a judgment may be di-rected herein, and also what the nature of the judgment shall be, in view of the contentions of the respective parties, we cannot exer-cise any jurisdiction in the matter.

Proceeding dismissed, without costs.